IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02173-PAB-BNB

MIRIAM WHITE,

Plaintiff,

v.

DEERE & COMPANY,
JOHN DEERE LIMITED, and
JOHN DOES 1-5,

Defendants.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 19, filed June 10, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
   The parties shall designate all experts and provide opposing
   counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
   on or before **January 14, 2015**;

   The parties shall designate all rebuttal experts and provide
   opposing counsel with all information specified in Fed. R. Civ. P.
   26(a)(2) on or before **February 13, 2015**;

Discovery Cut-off:                            **March 16, 2015;**
Dispositve Motion Deadline:                   **May 14, 2015**.

IT IS FURTHER ORDERED that the Pretrial Conference set for January 14, 2015, is **vacated and reset to July 15, 2015, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **July 8, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj United

States Courthouse will be required to show a valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2(b).

DATED: June 12, 2014