**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-02173-PAB-NYW

MIRIAM WHITE,

Plaintiff,

v.

DEERE & COMPANY,
JOHN DEERE LIMITED,
JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 5,

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Miriam White's *Ex Parte* Motion Pursuant to FRCP 6(c)(1)(c) to Set a Shorter Time for Notice of Plaintiff's Motion to Compel Her First Set of Requests for Production [# 61] ("Motion to Shorten Time"). Pursuant to the Order Referring Case dated August 27, 2013 [#9] and the memorandum dated February 26, 2014 [#61], the Motion was referred to this Magistrate Judge.

      Having considered the Motion to Shorten Time [#61], and Defendants' Response thereto [# 65], IT IS ORDERED that:

(1)     The Motion to Shorten Time [# 61] is DENIED. Local Practice Rule 7.1(a) requires that, prior to the filing of a motion, counsel "shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter," and must describe "the specific efforts to fulfill this duty" in any subsequently filed moving papers. As to Plaintiff Ms. White's Motion to Shorten Time, no such description is provided and Defendants' confirm in their response that Plaintiff did not confer with Defendants' prior to the filing of the motion [#65, at 1, n.1]. Any future motions that require compliance

        with D.C.COLO.LCivR 7.1(a), which are filed without such conference, will be stricken *sua sponte*; and

(2)    Parties are to meet and confer regarding the underlying First Motion to Compel Responses to First Set of Requests for Production [#59] prior to Defendants' response deadline under the Local Rules.

DATED: February 27, 2015