## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02173-PAB-NYW

MIRIAM WHITE,

    Plaintiff,

v.

DEERE & COMPANY,
JOHN DEERE LIMITED,
JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 5,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Miriam White and Defendants Deere & Company and John Deere Limited's ("Defendants") Joint Motion for Extension of Time to Designate Expert Witnesses and Extend Discovery Cut-Off ("Joint Motion"). [#56]. Pursuant to the Order Referring Case dated August 27, 2013 [#9] and the memorandum dated February 13, 2015 [#57], this matter was referred to this Magistrate Judge.

    IT IS ORDERED that the Joint Motion is GRANTED as follows:

    Plaintiff Miriam White shall designate all opening experts, and provide opposing counsel with all the information required by Fed. R. Civ. P. 26(a)(2) as to each expert so designated by April 16, 2015.

    Defendants shall designate all responsive experts and provide opposing counsel with all the information required by Fed. R. Civ. P. 26(a)(2) as to each expert so designated by May 7, 2015.

       Plaintiff Miriam White shall designate all rebuttal experts and provide opposing counsel with all the information required by Fed. R. Civ. P. 26(a)(2) as to each expert so designated by May 21, 2015.

       The discovery cut-off in this action is re-set to May 29, 2014.

DATED March 3, 2015.