IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action:      13-cv-02173-PAB-NYW | Date: August 27, 2015 |
| Courtroom Deputy:  Billie Diemand-Neligh | FTR: NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| MIRIAM WHITE | *Stephen Reed Morgan* |
| **Plaintiff,** | |
| v. | |
| DEERE & COMPANY, | *Charles L. Casteel* |
| | *Jordan Lee Lipp* |
| | *Jacqueline Roeder* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 12:59 p.m.

Appearances of counsel.

Discussion of Motions to be addressed by court and court addresses parties and states topics that do not need to be argued. Court indicates her inclination to deny the following motions [89, 100, and 121], but indicates that a written order is to follow and will control.

Plaintiff's counsel proceeds with argument on Motions for Default Judgment [82, 98] filed May 14, 2015 and June 18, 2015, respectively. Defense counsel responds, and Plaintiff's counsel provided opportunity to respond.

For the reasons stated on the record, it is

**ORDERED:  Motion for Entry of Default, Pursuant to F.R.C.P. 37(b)(2)(A), with Incorporated Authority [82]is TAKEN UNDER ADVISEMENT.**

**ORDERED: Plaintiff's Motion & Memorandum in Support Thereof to Depose Mr. Carlton Hern [89] is TAKEN UNDER ADVISEMENT.**

**ORDERED:  Plaintiff's Second Motion For Entry of Default and Other Sanctions Pursuant to F.R.C.P. 37(b)(2)(A), With Incorporated Authority [98]is TAKEN UNDER ADVISEMENT.**

**ORDERED:  Plaintiff's Motion for Leave to Depose Witnesses and Compel Production of Documents [99]is TAKEN UNDER ADVISEMENT.**

**ORDERED:  Plaintiff's Second Motion to Modify Scheduling Order [100]is TAKEN UNDER ADVISEMENT.**

**ORDERED:  First Motion to Amend Complaint, with Incorporated Authority [114]is TO BE RULED ON FROM PAPERS.**

**ORDERED:  Motion to Defer Determination of or to Deny Defendants' Motion for Summary Judgment [Doc #108] Pursuant to F.R.C.P. 56(d), with Incorporated Authority [121] is TAKEN UNDER ADVISEMENT.**

The court will issue a separate Order.

**ORDERED:   Doc. [126] Notice of Withdrawal of Document #109 is GRANTED, with no objection from Defendants.**

**ORDERED: Doc [128] ORDERED: Doc [128] Plaintiff's Supplemental Authorities for Documents #82 and #98 Pursuant to Local Rule 7.1 (E) and (F) is GRANTED, with no objection from Defendants.**

Court in Recess: 2:02 p.m.         Hearing concluded.         Total time in Court:    01:03

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.