IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02173-PAB-NYW

MIRIAM WHITE,

    Plaintiff,

v.

DEERE & COMPANY and
JOHN DEERE LIMITED,

    Defendants.
_____

## ORDER
_____

    This matter comes before the Court on the Stipulation for Dismissal [Docket No. 230] in which the parties agree to the dismissal of defendants John Does 1-5 and John Deere Limited.  The Court previously dismissed defendants John Does 1-5 by oral ruling at the trial preparation conference on January 29, 2016.  It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant John Deere Limited are dismissed, with each party to bear its own attorneys' fees and costs.

    DATED February 25, 2016.

                                                BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge